■ RODMAN-FLORIDA METALS, INC., Appellant, v ALUMINUM MILL SUPPLY CORP., Defendant, and BERNARD GRANDIS, Respondent. (Appeal No. 4.)—Judgment affirmed without costs.

All concur, except Denman, P. J., who dissents in part and votes to modify in the same dissenting Memorandum as in *Skyview Metals v Aluminum Mill Supply Corp.* (185 AD2d 668 [decided herewith]). (Appeal from Judgment of Supreme Court, Livingston County, Houston, J.—Breach of Contract.) Present —Denman, P. J., Pine, Balio, Lawton and Doerr, JJ.